IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER ST. JOHN, individually and as
personal representative of the Estate
of STEVE ST. JOHN, deceased,

      Plaintiff,

v.                                                        CIV 08-0229 JCH/KBM

ROBERT WILCOX, M.D. and
GILA REGIONAL MEDICAL CENTER,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

      The Magistrate Judge filed her Proposed Findings and Recommended Disposition *(Doc. 62)* on May 5, 2009 recommending that Defendant Gila's motions for dismissal as a sanction *(Doc. 53)* and for summary judgment *(Doc. 52)* be denied.  The proposed findings notify the parties of their right to file objections and that failure to do so waives appellate review.  To-date, no objections have been filed.

      Wherefore,

      IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 62)* is **adopted**.  Defendant Gila's Motion to Dismiss *(Doc. 53)* and Motion for Summary Judgment *(Doc. 52)* are **denied.**

_____
UNITED STATES DISTRICT JUDGE